UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | |
| MATTHEW ROBERT BENNER | ) | CASE NO. 15-31477 |
| AMBER LYNN BENNER | ) | CHAPTER 13/cw |
| | ) | |
| Debtor(s) | ) | |

## ORDER SETTING EVIDENTIARY HEARING

Before the court is Trustee's Motion for Determination and Seterus as Subservicer for Fannie Mae for Failing to Comply with Confirmed Plan filed by Chapter 13 Trustee Debra Miller on June 6, 2017.

The court now schedules an evidentiary hearing on the motion for **July 18, 2017 at 1:30 p.m.**, South Bend time, to be held in Room 201 Robert K. Rodibaugh U.S. Bankruptcy Courthouse, 401 S. Michigan Street, South Bend, Indiana. The court has set aside one hour on the calendar for this matter. If counsel anticipate calling a hearing impaired witness, please so advise the courtroom deputy clerk prior to the hearing.

Exhibit and witness lists are to be exchanged, and a copy filed with the court, no later than seven days prior to trial. Absent showing of good cause, parties will be bound at trial to the exhibit and witness lists previously exchanged. A failure by any party timely to submit such a list shall be deemed by the court to be a waiver by that party of its right to call ANY witness or to offer ANY evidence at trial.

Counsel are directed to arrive at least fifteen minutes before the scheduled trial time to mark all exhibits with the courtroom deputy clerk. If a witness will be referring to or testifying from a documentary exhibit at trial, the court would request that counsel provide sufficient copies of the exhibit (or pertinent pages thereof) to enable the court, the law clerk, and all counsel to view the exhibit during the trial.

Absent showing of good cause, counsel will be limited to one redirect examination and one recross examination of each witness. Pursuant to Federal Rules of Evidence 611(b), cross-examination shall be limited to the subject matter of direct examination and matters affecting witness credibility. Likewise, redirect shall be limited to matters covered on cross.

In the event that this proceeding is settled, parties are advised that the settlement documents must be on file prior to the close of business the day before the scheduled trial in order for the trial to be removed from the court's calendar. If the documents are not on file, counsel will be expected to appear.

SO ORDERED.

DATED:   June 15, 2017                       /s/ HARRY C. DEES, JR.
                                              HARRY C. DEES, JR., JUDGE
                                              UNITED STATES BANKRUPTCY COURT