UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | |
| MATTHEW ROBERT BENNER | ) | CASE NO.  15-31477 |
| AMBER LYNN BENNER | ) | CHAPTER   13/cw |
| | ) | |
| Debtor(s) | ) | |

ORDER CONTINUING TRIAL

   The above captioned case is before the court on Seterus, Inc.'s *Unopposed Motion to Continue Evidentiary Hearing* on Trustee's Motion for Determination and Seterus as Subservicer for Fannie Mae for Failing to Comply with Confirmed Plan . The court being duly advised in the premises does now grant the motion to continue hearing.

   Evidentiary Hearing presently scheduled for July 18, 2017, is **continued** to **August 15, 2017 at 1:30 p.m.** South Bend time, in Room 201, Robert K. Rodibaugh United States Bankruptcy Courthouse, 401 S. Michigan, South Bend, Indiana. Parties remain bound by the June 15, 2017, Trial Order Instructions.

   SO ORDERED.

Dated:   July 13, 2017

*/s/ Harry C. Dees, Jr.*
Harry C. Dees, Jr., Judge
United States Bankruptcy Court

C11